UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL     JS-6

Case No.    2:24cv08842CAS (BFMx)        Date: November 24, 2025

Title    *ALICE QUIHUIS-MANDEL v. AMERICAN MEDICAL RESPONSE, INC.; ET AL.*

Present: The Honorable:    **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) – NOTICE OF SETTLEMENT AS TO DEFENDANT GRANT & WEBER ARIZONA INC. [58] (Filed 11/24/2025)**

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about November 24, 2025;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within **60 days** and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Pursuant to defendant Grant & Weber Arizona, Inc. being the last remaining defendant in the above-referenced action, all dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

                                                                             00:00

**Initials of Preparer**     CMJ